IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
(NORTHERN DIVISION)

In re: Keith Sean Campbell,           )         Case No. 3:13-bk-33966
                                      )
Debtor.                               )         Chapter 7

**MOTION OF TRUSTEE FOR PUBLIC SALE OF BANKRUPTCY ESTATE PROPERTY
FREE AND CLEAR OF LIENS & NOTICE OF SALE**

NOTICE OF HEARING

Notice is hereby given that:

A hearing will be held on this matter on April 17, 2014, at 9:00 a.m. in Courtroom 1-C, at 800 Market Street, Knoxville, Tennessee 37902.

**If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Comes the Trustee, W. Grey Steed, through counsel, pursuant to 11 U.S.C. § 363 and Federal Rules of Bankruptcy Procedure 2002 and 6004, and moves the Court for an Order authorizing the Trustee to sell at public auction the debtor's personal property described herein below free and clear of liens, with any applicable liens attaching to the proceeds of sale. In support of his Motion, the Trustee would show unto the Court as follows:

1.      The debtor, Keith Sean Campbell, filed a voluntary Chapter 7 case on November 5, 2013. W. Grey Steed was appointed Chapter 7 Trustee and currently serves in that capacity.

2.      The debtor has an ownership interest in one (1) 2006 Crownline boat, VIN JTC6442EB606 with Hustler trailer, VIN 4DMB5191370137053 (jointly, the "Boat & Trailer"), the value of which debtor has listed at $15,000. The Boat & Trailer are subject to a perfected, unavoidable priority lien in favor of First Tennessee Bank National Association ("FTB") in the amount of approximately $3,600. The Trustee proposes the sale pursuant to 11 U.S.C. § 363(f)(3) as the Trustee expects for the sales proceeds on the Boat & Trailer to exceed $3,600 such that FTB's lien will be paid in full and to the extent allowed by 11 U.S.C. § 506 out of the proceeds of the sale of the Boat & Trailer.

3. The debtor also has an ownership interest in one (1) 2008 Ducati motorcycle, VIN ZDM1XBGV28B003418 (the "Motorcycle"), the value of which debtor has listed at $6,000. The Trustee has not been informed of and is unaware of any liens on the Motorcycle.

4. The Trustee proposes to sell the above-described Boat & Trailer and Motorcycle AS-IS with no guarantee of title at public auction on <u>**Saturday, April 19, 2014, at 12:00 p.m. (noon), at Powell Auction and Realty, 6729 Pleasant Ridge Road, Knoxville, Tennessee 37921**</u>.

5. The Trustee proposes that Powell Auction and Realty conduct the auction and that the auctioneer be paid a commission in the amount of a 10% buyers' premium.

6. The Trustee proposes to sell the Boat & Trailer with a reserve price of $3,600, to ensure that FTB's lien is paid in full.

7. The Trustee further proposes to sell the Motorcycle without reserve.

8. The Trustee is further informed and believes that this sale is in the best interest of the estate and of the creditors of the estate.

9. The Trustee requests that the $176 filing fee be paid from the sale proceeds.

10. The Trustee requests that the 14 day stay period of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure be waived for cause to allow the sale to take place on April 19, 2014.

WHEREFORE, the Trustee respectfully requests that the Court grant his Motion and approve the sale as set forth herein.

Dated: 3/17/2014

/s/ Kyle A. Baisley
Kyle A. Baisley, TN BPR#027080
704 Forest Heights Rd.
Knoxville, Tennessee 37919
865-719-7071

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing will be served electronically on the entities specified in the Notice of Electronic Filing to be issued by the electronic case filing system. I further certify that the foregoing paper was served by electronic noticing, email, hand delivery or by United States mail with sufficient postage thereon to the following persons:

Beth Roberts Derrick
Acting Assistant United States Trustee
Office of the United States Trustee
31 East 11th Street, 4th Floor
Chattanooga, TN 37402
Beth.r.derrick@usdoj.gov

William E. Maddox Jr.
William E. Maddox, Jr., LLC
P.O. Box 31287
Knoxville, TN 37930-1287
wem@billmaddoxlaw.com

Gordon D. Foster
Winchester, Sellers, Foster & Steele, P.C.
P.O. Box 2428
Knoxville, TN 37901-2428
gfoster@wsfs-law.com

I also certify that a true and exact copy of the foregoing will be served upon the persons listed below by United States mail with sufficient postage thereon:

(All creditors and parties of interest set out in the Keith Sean Campbell mailing matrix attached)

Date: 3/17/2014                                              /s/ Kyle A. Baisley_____
                                                             KYLE A. BAISLEY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
(NORTHERN DIVISION)

| | | |
|---|---|---|
| In re: Keith Sean Campbell, | ) | Case No. 3:13-bk-33966 |
| | ) | |
| Debtor. | ) | Chapter 7 |

**ORDER APPROVING PUBLIC SALE OF BANKRUPTCY ESTATE PROPERTY
FREE AND CLEAR OF LIENS**

On or about March 17, 2014, Chapter 7 Trustee, W. Grey Steed, filed a Motion for Public Sale of Bankruptcy Estate Property Free and Clear of Liens and Notice of Sale pursuant to 11 U.S.C. § 363 and Federal Rules of Bankruptcy Procedures 2002 and 6004. In the Motion, the Trustee proposed to sell the debtor's 2006 Crownline boat, VIN JTC6442EB606 with Hustler trailer, VIN 4DMB5191370137053 (jointly, the "Boat & Trailer") and 2008 Ducati motorcycle, VIN ZDM1XBGV28B003418 (the "Motorcycle"). The Motion was served on all creditors and parties in interest and they were provided an opportunity to file written objections. There being no objections filed to the Trustee's Motion, and it otherwise appearing to the Court that the Motion is proper, it is therefore:

**ORDERED** that Trustee's public sale of the Boat & Trailer and Motorcycle on April 19, 2014, at 12:00 p.m. (noon) by Powell Auction Company at Powell Auction and Realty, 6729 Pleasant Ridge Road, Knoxville, Tennessee 37921 is hereby **APPROVED**. It is further **ORDERED** that said sale shall be free and clear of liens with all applicable liens attaching to proceeds of sale. It is further **ORDERED** that

First Tennessee Bank National Association's lien on the Boat & Trailer will be paid out of the sale proceeds on the Boat & Trailer to fullest extent allowed by 11 U.S.C. § 506. It is further **ORDRED** that Powell Auction & Realty be paid a commission in the amount of a 10% buyers' premium. It is further **ORDERED** that the $176 filing fee may be paid by the Trustee from the proceeds of the sale. It is further **ORDRED** that the 14 day stay period of Bankruptcy Rule 6004(h) is waived for cause and this Order shall be effective immediately upon entry.

###

Approved for Entry:

/s/ Kyle A. Baisley
Kyle A. Baisley, TN BPR #027080
704 Forest Heights Rd.
Knoxville, TN 37919
kyle.baisley@gmail.com
865-719-7071
*Attorney for W. Grey Steed, Trustee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing will be served electronically on the entities specified in the Notice of Electronic Filing to be issued by the electronic case filing system. I further certify that the foregoing paper was served by electronic noticing, email, hand delivery or by United States mail with sufficient postage thereon to the following persons:

Beth Roberts Derrick
Acting Assistant United States Trustee
Office of the United States Trustee
31 East 11th Street, 4th Floor
Chattanooga, TN 37402
Beth.r.derrick@usdoj.gov

William E. Maddox Jr.
William E. Maddox, Jr., LLC
P.O. Box 31287
Knoxville, TN 37930-1287
wem@billmaddoxlaw.com

Gordon D. Foster
Winchester, Sellers, Foster & Steele, P.C.
P.O. Box 2428
Knoxville, TN 37901-2428
gfoster@wsfs-law.com

I also certify that a true and exact copy of the foregoing will be served upon the persons listed below by United States mail with sufficient postage thereon:

(All creditors and parties of interest set out in the Keith Sean Campbell mailing matrix attached)

Date: 3/17/2014                                          /s/ Kyle A. Baisley
                                                         KYLE A. BAISLEY

```
Label Matrix for local noticing      First Tennessee National Association    3
0649-3                               c/o Gordon D. Foster                    United States Bankruptcy Court
Case 3:13-bk-33966                   P.O. Box 2428                           Howard H. Baker Jr. U.S. Courthouse
Eastern District of Tennessee        Knoxville, TN 37901-2428                Suite 330, 800 Market Street
Knoxville                                                                    Knoxville, TN 37902-2343
Mon Mar 17 14:43:34 EDT 2014

Advanta                              Advanta Bank Corporation                American Express
PO Box 9217                          Resurgent Capital Services              PO Box 981537
Old Bethpage, NY 11804-9017          PO Box 10368                            El Paso, TX 79998-1537
                                     Greenville, SC 29603-0368

American Express Bank FSB            American Express Centurion Bank         (p)BANK OF AMERICA
Becket and Lee LLP                   c/o Becket and Lee LLP                  PO BOX 982238
POB 3001                             POB 3001                                EL PASO TX 79998-2238
Malvern, PA 19355-0701               Malvern  PA 19355-0701

Capital One                          Capital One Bank (USA), N.A.            Capital One Bank (USA), N.A.
PO Box 30281                         PO Box 71083                            by American InfoSource LP as agent
Salt Lake City, UT 84130-0281        Charlotte, NC  28272-1083               PO Box 71083
                                                                             Charlotte, NC  28272-1083

Chase                                (p)DISCOVER FINANCIAL SERVICES LLC      Discover Bank
PO Box 15298                         PO BOX 3025                             DB Servicing Corporation
Wilmington, DE 19850-5298            NEW ALBANY OH 43054-3025                PO Box 3025
                                                                             New Albany, OH  43054-3025

First Tennessee Bank                 Internal Revenue Service                Internal Revenue Service
PO Box 15003                         Centralized Insolvency Operations       IRS Insolvency
Knoxville, TN 37901-5003             P.O. Box 7346                           801 Broadway, MDP 146
                                     Philadelphia, PA  19101-7346            Nashville, TN 37203-3811

Kim Campbell                         Sallie Mae                              Sallie Mae
3849 Woodhill Place                  PO Box 9500                             c/o Sallie Mae Inc.
Knoxville, TN 37919-6656             Wilkes Barre, PA 18773-9500             220 Lasley Ave
                                                                             Wilkes-Barre, PA 18706-1496

SunTrust Bank                        Suntrust                                U.S. Dept. of Justice
Attn. Support Services               PO Box 305053                           Tax Division, CTS, Eastern Reg.
P.O. Box 85092                       Nashville, TN 37230-5053                P.O. Box 227
Richmond, VA 23286-0001                                                      Ben Franklin Station
                                                                             Washington, D.C 20044-0227

United States Trustee                Keith Sean Campbell                     W. Grey Steed
800 Market Street, Suite 114         1136 Paxton Drive                       11167 Kingston Pike, Suite 4
Howard H. Baker Jr. U.S. Courthouse  Knoxville, TN 37918-8013                Knoxville, TN 37934-2857
Knoxville, TN 37902-2303


William E. Maddox Jr.
William E. Maddox, Jr., LLC
P. O. Box 31287
Knoxville, TN 37930-1287
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 982235
El Paso, TX 79998

Discover
PO Box 30943
Salt Lake City, UT 84130


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)First Tennessee Bank National Association
c/o Gordon D. Foster
P.O. Box 2428
Knoxville, TN 37901-2428

(d)Sallie Mae
c/o Sallie Mae Inc.
220 Lasley Ave.
Wilkes-Barre, PA 18706-1496

(u)James Kenneth Phillips
Powell Auction and Realty


End of Label Matrix
Mailable recipients    27
Bypassed recipients     3
Total                  30